RECEIVED

DEC 20 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| BRENDA DICKEY | * | CIVIL ACTION NO. 12-3036 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that plaintiff's motion for authorization of attorney fees pursuant to 42 U.S.C. § 406(b) [doc. # 17] is GRANTED, as modified, and that plaintiff's counsel, Matthew Lane, Jr., receive a net fee award of $5,033.23.

THUS DONE AND SIGNED this __19__ day of __Dec_____ 2016, Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE